In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-218 CV


 ______________________


 

LEE ROBERT HOWARD, Appellant



V.



MONTGOMERY COUNTY, TEXAS AND 


TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellees






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 06-12-11856-CV






MEMORANDUM OPINION
 

 The appellant, Lee Robert Howard, filed a motion to dismiss this appeal. The
motion is voluntarily made by the appellant prior to any decision of this Court and should
be granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The
motion to dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice

 

Opinion Delivered September 6, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ.